# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

**HERITIER TWIZERE,**
        **PETITIONER,**

**V.**                                          **Case No.  A-25-CV-00685-ADA**

**MARCELLO VILLEGAS,**
        **RESPONDENT.**

_____

## ORDER OF TRANSFER

    Before the Court is Petitioner Heritier Twizere's Petition for Writ of Habeas Corpus brought pursuant to 28 U.S.C. § 2241. Petitioner challenges an immigration detainer. He is in custody in Jones County, which is within the geographical boundaries of the Abilene Division of the Northern District of Texas.

    It is therefore **ORDERED** that this case is transferred to the Abilene Division of the Northern District of Texas.

    SIGNED on May 13, 2025.

*[signature: Alan D Albright]*

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE